# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

JS-6

| | |
|---|---|
| ERICA NESE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>SCENARIO COCKRAM USA, INC., a Delaware Corporation; and DOES 1-50, Inclusive<br><br>Defendant. | **Case No.:** 8:21-cv-00814-DOC-JDE<br><br>**FINAL JUDGMENT**<br><br>Hon. David O. Carter |

This Action, having settled pursuant to the Settlement Agreement, and the Court having entered an Order Granting Final Approval of Class Action Settlement and Dismissing Plaintiff's Claims, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. Unless otherwise defined, all capitalized terms in this Judgment shall have the same meaning as they do in the Settlement Agreement.

2. Judgment is hereby entered on the First Amended Complaint filed on June 2, 2021 (Dkt. No. 12), in accordance with Rule 58(a) of the Federal Rules of Civil Procedure.

3. All of Plaintiff's and Settlement Class Members' claims in this Action that are Released Claims or Plaintiff's Released Claims are hereby dismissed on the merits and with prejudice, without fees (including attorneys' fees) or costs to any party, except as otherwise provided in the Settlement Agreement and Order Granting Final Approval of Final.

4. Plaintiff and Class Members, as releasing parties, have released the Released Claims as against the Released Parties, and are, from this day forward, hereby

ORDER
CASE NO. 8:21-cv-00814-DOC-JDE

permanently barred from filing, commencing, prosecuting, intervening in, or participating in (as class members or otherwise) any action in any jurisdiction based on any of the Released Claims.

5.      Without affecting the finality of this Judgment, the Court retains jurisdiction over the construction, interpretation, consummation, implementation, and enforcement of the Settlement Agreement and the releases contained therein, including jurisdiction to enter such further orders as may be necessary or appropriate to administer and implement the terms and provisions of the Settlement Agreement.

6.      The First Amended Complaint is hereby dismissed with prejudice.

7.      Settlement Class Members shall promptly dismiss with prejudice all Released Claims brought by any Settlement Class Member in any jurisdiction.

IT IS SO ORDERED.

Dated: October 18, 2022

Hon. David O. Carter
United States District Court Judge

**ORDER**
**CASE NO.** 8:21-cv-00814-DOC-JDE